SALVATORE TUCCILLO, PLAINTIFF, v. JOHN T. CLARK & SON, INCORPORATED, AND ELERMAN'S WILSON LINE, LIMITED, DEFENDANTS.

Decided July 6, 1925.

**Pleadings—Motion to Strike Out—Pleading Created Enough Doubt to Warrant Refusal.**

For the plaintiff, *Kent & Kent.*

For the defendant Clark & Son, *Collins & Corbin.*

The opinion of the court was delivered by

MINTURN, J. After an examination of the briefs in the above-entitled action, I have concluded that, in view of the termination of the Chief Justice in *Young* v. *Sterling Leather Works,* 96 *Atl. Rep.* 1016, there is enough doubt in the situation created by the pleading to warrant a refusal of the motion to strike out the complaint as against the defendant John T. Clark & Son, Inc.

Such will be the order.